IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
      JAN 24 2023
      ARTHUR JOHNSTON
BY _____ DEPUTY
```

TRAZELL F. SPENCER                                                                PLAINTIFF

V.                                                  CIVIL ACTION NO. 5:22-cv-00003-KS-BWR

ALAIN MAYOR AND MAYOR
TRANSPORT, INC.                                                                   DEFENDANTS

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS DAY THIS CAUSE** came on to be heard on the joint motion, *ore tenus*, of all parties to dismiss this action with prejudice, and the parties having announced that this cause has been fully compromised and settled, and that there remain no issues to be litigated by or between the parties nor adjudicated and determined by the Court, and the parties having consented to the entry of this Judgment and agreeing that this cause should be dismissed with prejudice with each party to bear their own costs, and the Court being further advised in the premises finds that the motion is well taken and should be *granted*, as follows:

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED**, that this action be, and the same hereby is, dismissed, with prejudice, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED**, THIS, the 24th day of January, 2023.

_____
SENIOR JUDGE KEITH STARRETT

- Page 1 -

**PRESENTED BY:**

*/s/ R. Eric Toney*

R. Eric Toney, Esq.
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, MS 39158
Tel: (601) 856-7200
Fax: (601) 856-7626
etoney@cctb.com
    *Attorney for Defendants*

**AGREED & APPROVED:**

*/s/ Paul V. Ott*

Paul V. Ott, Esq.
MORGAN & MORGAN, PLLC
4450 Old Canton Rd., Ste. 200
Jackson, MS 39211
Tel: (601) 949-3388
Fax: (601) 949-3399
pott@forthepeople.com
    *Attorney for Plaintiff*